1  Sara D. Beller (SBN 316210)
   sara.beller@dolmanlaw.com
2  Matthew A. Dolman (*pro hac vice* forthcoming)
   matt@dolmanlaw.com
3  R. Stanley Gipe (*pro hac vice* forthcoming)
   stan.gipe@dolmanlaw.com
4  **DOLMAN LAW GROUP**
   800 N. Belcher Rd.
5  Clearwater, FL 33765
   Telephone: (727) 451-6900
6
7
8  *Attorneys for Plaintiff John Doe D.M. and His Next Friend Jane Doe K.J.*
9
              **UNITED STATES DISTRICT COURT**
10
             **NORTHERN DISTRICT OF CALIFORNIA**
11
12
   JANE DOE K.J., as guardian and next friend    Case No: 25-cv-09946-LB
13 of minor plaintiff, JOHN DOE D.M.,
                                                  **[~~PROPOSED~~] ORDER GRANTING**
14            Plaintiff,                          **PLAINTIFF'S MOTION TO PROCEED**
                                                  **UNDER PSEUDONYM**
15 v.
16
   ROBLOX CORPORATION,
17
              Defendant.
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that:

1. Plaintiff **JANE DOE K.J.,** as guardian and next friend of minor plaintiff, **JOHN DOE D.M.,** may proceed in this action under pseudonyms.

2. All public filings shall refer to Plaintiff only by their designated pseudonyms.

3. The parties shall file any unredacted documents containing Plaintiff's true name under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.

4. This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

This order is without prejudice to the defendant's objecting when they appear.

IT IS SO ORDERED.

Dated: _____ November 21, 2025

Hon. Laurel Beeler

United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM